# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JAMES D. SCHNELLER, FRIENDS OF JIM SCHNELLER FOR CONGRESS,<br><br>Petitioner<br><br>v.<br><br>PHILADELPHIA NEWSPAPERS, INC., IT'S OWNERS AND EMPLOYEES WILLIAM BENDER, DELAWARE COUNTY REPUBLICAN PARTY, PAT MEEHAN FOR CONGRESS PATRICIA A. WECHSLER, ERNEST S. ANGELOS, DONALD ADAMS, TERI ADAMS DELAWARE COUNTY PATRIOTS,<br><br>Respondents | : No. 174 EM 2016<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of December, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.